UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| MELISSA LONGVAL | \* |
| | \* |
| Plaintiff, | \* Civil Action No. 1:04-CV-00340-PB |
| | \* |
| v. | \* |
| | \* |
| WAL-MART STORES, INC. | \* |
| | \* |
| Defendant. | \* |
| | \* |
| | \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)

Wal-Mart Stores, Inc. and Melissa Longval stipulate to voluntarily dismiss this action pursuant to F.R.C.P. 41(a).

                                        WAL-MART STORES, INC.
                                        By Their Attorneys
                                        DEVINE MILLIMET & BRANCH, PA

Dated:   August 1, 2006   /s/ Debra Weiss Ford
                                        Debra Weiss Ford
                                        216 Lafayette Road, Suite 103
                                        North Hampton, NH 03862
                                        (603)964-4990

                                        WAL-MART STORES, INC.
                                        By Their Attorneys
                                        LITTLER MENDELSON PC

Dated:   August 1, 2006   /s/ Scott A. Forman
                                        Scott A. Forman
                                        2 S Biscayne Blvd, #1500
                                        Miami, FL 33137
                                        (305)400-7500

|  |  |  |
|---|---|---|
|  |  | MICHAEL S. ASKENAIZER<br>CHAPTER 7 TRUSTEE<br>By His Attorneys<br>DONCHESS & NOTINGER, P.C. |
| Dated: | August 1, 2006 | /s/ James W. Donchess<br>James W. Donchess (NH Bar # 658)<br>402 Amherst Street<br>Suite 204<br>Nashua, NH 03063<br>(603)886-7266 |

**CERTIFICATE OF SERVICE**

      I, James W. Donchess, hereby certify that I have on this 1st day of August, 2006, served the foregoing Stipulation of Dismissal via first class mail, postage prepaid on counsel for the parties.

H. Jonathan Meyer
Backus Meyer Solomon Rood & Branch
PO Box 516
Manchester, NH 03105

Ellen Purcell
Backus Meyer Solomon Rood & Branch
PO Box 516
Manchester, NH 03105

Debra Weiss Ford
Devine Millimet & Branch PA - N Hampton
216 Lafayette Road, Suite 103
North Hampton, NH 03862

Scott A. Forman
Littler Mendelson PC
2 S Biscayne Blvd, #1500
Miami, FL 33137

Dated:    August 1, 2006                                /s/ James W. Donchess
                                                            James W. Donchess (NH Bar # 658)